Bernard Dombroski et al., Appellees, v. Felix Von Bronk, Executor et al., Appellants.

Gen. No. 44,139.

162

opinion filed January 5, 1948; released for publication January 27, 1948. Edward T. Howe, for appellants; Charles D. Snewind, of counsel; Posanski, Lelivelt & Baron, for appellees; Roman E. Posanski and William Jacobs, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.